UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 4:25-cv-00520

**Agha Hussain et al.,**
*Plaintiffs,*

v.

**State Farm County Mutual Insurance Company of Texas,**
*Defendant.*

# ORDER

Plaintiffs Agha Hussain and Laraib Hussain filed an unopposed motion for settlement leave without a guardian ad litem. Doc. 13. That motion was referred to a magistrate judge. Doc. 15. The magistrate judge issued a report and recommendation that plaintiffs' unopposed motion be granted. Doc. 16 at 2. Neither party objected.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Accordingly, plaintiff's unopposed motion is granted.

*So ordered by the court on October 2, 2025.*

J. CAMPBELL BARKER
United States District Judge